UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VIRGINIA FLETCHER,<br><br>    Petitioner,<br><br>  v.<br><br>DAWN DAVISON, Warden,<br><br>    Respondent. | No. SACV 07-1039-VBF (RCF)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on counsel for Petitioner and Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 6-24-10

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE