UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| VIRGINIA FLETCHER, | ) | |
| Petitioner, | ) | No. SACV 07-1039-VBF (RCF) |
| v. | ) | JUDGMENT |
| DAWN DAVISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: 6-24-10

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE